# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVEREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No.: 8:23-cv-01395- FWS-JDE<br><br>District Judge: Fred W. Slaughter<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff SERGIO ALVEREZ ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 25, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $183,695.25 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED**.

Dated:  October 23, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1
**JUDGMENT**