**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SERGIO ALVEREZ,

          Plaintiff,

      vs.

FCA US, LLC; and DOES 1 through 10, inclusive

          Defendants.

Case No. 8:23-cv-01395-FWS-JDE

District Judge: Fred W. Slaughter

**ORDER RE JOINT STIPULATION REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER [15]**

      Having reviewed and considered the Joint Stipulation regarding Plaintiff's Fees, Costs and Expenses and Request for Entry of Order [15] ("Stipulation"), submitted by Plaintiff SERGIO ALVEREZ ("Plaintiff") and Defendant FCA US, LLC ("Defendant"), the files and records of the case, the applicable law, and for good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

      Defendant shall pay Plaintiff $15,000.00 to resolve attorneys' fees, costs, and expenses.  Payment shall be made to counsel for Plaintiff within sixty (60) days from the signing of the Parties' Stipulation dated November 10, 2023.

**ORDER**

After satisfaction of payment, Plaintiff shall dismiss the above-captioned case with prejudice within ten (10) business days against all parties.

**IT IS SO ORDERED**.

Dated:  November 20, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2

**ORDER**